John R. Hargrove, Gordon Hargrove & James, P.A., Fort Lauderdale, FL, for Plaintiff–Appellant.

W. Kent Brown, Gordon Hargrove & James, P.A., Fort Lauderdale, FL, Jason P. Cronic, Daniel J. Standish, Cara Tseng Duffield, Wiley Rein & Fielding LLP, Washington, DC, for Defendant–Appellee.

Before CARNES, PRYOR and COX, Circuit Judges.

PER CURIAM:

Waste Corporation of America, Inc. ("WCA") appeals the summary judgment granted Genesis Insurance Company ("Genesis") on WCA's claim for breach of the directors and officers liability insurance policy issued by Genesis to WCA. We affirm.

We find no reversible error in the district court's holding that the policy does not provide coverage for any monies WCA paid as a result of WCA's breach of contract. Because the entire $2 million settlement paid by WCA represents such a payment, WCA may not recoup any of that payment from Genesis.

AFFIRMED.

## BUSINESS RADIO, INC., a Washington corporation, Plaintiff–Appellant,

v.

## RELM WIRELESS CORPORATION, a Florida corporation, Defendant–Appellee.

Nos. 05–15072, 05–15818.

United States Court of Appeals, Eleventh Circuit.

Dec. 6, 2006.

Christopher W. Brown, Portland, OR, Scott Mason Baughan, Johnson & Bau-

ghan, P.A., Rockledge, FL, Bradley Allan Silverman, Andrew J. Anthony, P.A., Coral Gables, FL, for Plaintiff–Appellant.

Charles M. Auslander, Greenberg Traurig, P.A., Miami, FL, for Defendant–Appellee.

Before ANDERSON and BARKETT, Circuit Judges, and GOLDBERG,* Judge.

PER CURIAM:

After oral argument and careful consideration, and for the reasons fully discussed at oral argument, we conclude that the judgment of the district court is AFFIRMED.